

225 Market Street
Suite 304 • P.O. Box 1245
Harrisburg, PA 17108-1245
**PHONE:** 717-233-6633
**FAX:** 717-233-7003
www.laverylaw.com

July 12, 2021

The Honorable Robert D. Mariani
United States District Judge

    RE:   Williams, Geoffrey (Estate of) v. Don Vito
           Middle District Docket No.: 3:21-cv-00188-RDM
           Our File No. 1986-7948

Dear Judge Mariani:

    During the case management conference on May 19, 2021, in the above matter the Court deferred referral of this case to Chief Magistrate Judge Karoline Mehalchick for the purpose of conducting settlement discussions pending confirmation from Defendant City of Scranton that it agreed to participate in that process. I have received authorization from the City of Scranton to confirm that the City will participate in early mediation of this case. By copy of this letter I am notifying opposing counsel as well.

                                                                Very truly yours,

                                                                Karl R. Hildabrand*

KRH/jat
cc:  Shelley L. Centini, Esquire
      Joseph J. Santarone, Esquire

*Board certified in civil
trial law and advocacy
by the National Board of
Legal Specialty Certification

A PROFESSIONAL CORPORATION