### Johnson Estate, 4 Fid. Rep. 2d 6,8 (O.C. Del. Co. 1983)
### Commissions

|  | Bracket Bottom |  | Bracket Top |  | Bracket Total | Cum. Total |
|---|---|---|---|---|---|---|
|  | $00.01 | to | $100,000.00 | 5% | $5,000.00 | $5,000.00 |
| Executor or | $100,000.01 | to | $200,000.00 | 4% | $4,000.00 | $9,000.00 |
|  | $200,000.01 | to | $1,000,000.00 | 3% | $24,000.00 | $33,000.00 |
| Administrator | $1,000,000.01 | to | $2,000,000.00 | 2% | $20,000.00 | $53,000.00 |
|  | $2,000,000.01 | to | $3,000,000.00 | 1.5% | $15,000.00 | $68,000.00 |
|  | $3,000,000.01 | to | $4,000,000.00 | 1% | $10,000.00 | $78,000.00 |
|  | $4,000,000.01 | to | $5,000,000.00 | 0.5% | $5,000.00 | $83,000.00 |

| 1% Joint Accounts | 1% POD Bonds | 1% Trust Funds |
|---|---|---|
| 3% Real Estate: Converted with aid of Broker | 5% Real Estate: non-converted | 1% Real Estate: specific devise |

|  | Bracket Bottom |  | Bracket Top |  | Bracket Total | Cum. Total |
|---|---|---|---|---|---|---|
|  | $00.01 | to | $25,000.00 | 7% | $1,750.00 | $1,750.00 |
|  | $25,000.01 | to | $50,000.00 | 6% | $1,500.00 | $3,250.00 |
|  | $50,000.01 | to | $100,000.00 | 5% | $2,500.00 | $5,750.00 |
| Attorney | $100,000.01 | to | $200,000.00 | 4% | $4,000.00 | $9,750.00 |
|  | $200,000.01 | to | $1,000,000.00 | 3% | $24,000.00 | $33,750.00 |
|  | $1,000,000.01 | to | $2,000,000.00 | 2% | $20,000.00 | $53,750.00 |
|  | $2,000,000.01 | to | $3,000,000.00 | 1.5% | $15,000.00 | $68,750.00 |
|  | $3,000,000.01 | to | $4,000,000.00 | 1% | $10,000.00 | 78,750.00 |
|  | $4,000,000.01 | to | $5,000,000.00 | 0.5% | $5,000.00 | $83,750.00 |

| ½% Regular Commission P.O.D. Bonds and Trust Funds | 3½% Transfer Joint Accounts | 3½% Assets Which Are Taxable at One Half Value |
|---|---|---|
| 1% Non-Probate Assets up to $1,000,000 | 1% Non-Probate assets | Joint Accounts Fully Taxable: Full Commission |

PLAINTIFF'S EXHIBIT
2