UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYNELL WILLIAMS, Administrator Of the Estate of Geoffrey Pernell Williams, | : |
| Plaintiff | :     CIVIL ACTION—LAW |
| V. | : |
| | :     **JURY TRIAL DEMANDED** |
| | :     MARIANI, J. |
| JIOVANNI DONVITO and CITY OF SCRANTON, | |
| Defendants | :     No. 3:21-cv-188 |

## CERTIFICATE OF CONCURRENCE

SHELLEY L. CENTINI, ESQ., hereby certifies that she communicated with Karl R. Hildabrand, Esq. and Joseph J. Santarone, Esq., counsel for the defendants. Counsel indicated they concur with Plaintiff's Petition for Approval of Settlement of Wrongful Death and Survival Actions (Doc. 23) that was previously filed via ECF on October 21, 2021.

Respectfully Submitted,

/s/ Shelley L. Centini, Esq.
88 North Franklin Street
Wilkes-Barre, PA  18701
(570) 829-4860
Attorney for Plaintiff